UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| JOSEPH H. WEISS, individually on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC J. PILEGGI, KENNETH R MASTERSON, JEAN-PAUL RICHARD, KEVIN L. ROBERG, DEAN JERNIGAN, JEANANNE K. HAUSWALD, MICHAEL L. DUCKER, RONALD B. KALICH SR., DAVID D. STEVENS, RUFUS H. RIVERS, CHARLES L. TREADWAY, WILLIAM E. WEAVER, JR., J. N. RAINES, DEUTSCHE BANK SECURITIES INC., ABB LTD, EDISON ACQUISITION CORPORATION, AND THOMAS & BETTS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  2:12-cv-02223-dkv<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joseph H. Weiss files this Notice of Voluntary Dismissal as to all defendants.

Respectfully submitted this 4th day of April, 2012.

/s/ R. Christopher Gilreath
R. Christopher Gilreath, Esq.
GILREATH & ASSOCIATES
200 Jefferson Avenue, Suite 711
Memphis TN 38103
Phone No. (901) 527-0511
Fax No. (901) 527-0514
Email: chrisgil@sidgilreath.com

        STULL, STULL & BRODY
        Howard Longman
        6 East 45th Street
        New York, NY  10017
        Phone No.  (212) 687-7230
        Fax No.  (212) 490-2022
        Email: hlongman@ssbny.com

        **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

        The undersigned certifies that a true copy of the foregoing Notice of Voluntary Dismissal was served upon all named defendants pursuant to Rule 5 of the Federal Rules of Civil Procedure by electronic mail, U. S. Mail, CM/ECF, or hand delivery to the person or office or registered agent of each such defendant.

        This the 4th day of April, 2012.

        /s/ R. Christopher Gilreath